| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>---------------------------------------------------------X<br><br>UNITED STATES OF AMERICA; the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON and WISCONSIN, the DISTRICT OF COLUMBIA, THE CITY OF CHICAGO and THE CITY OF NEW YORK *ex rel.* STEVEN M. CAMBURN, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: August 3, 2020 |

                              Plaintiffs,

        -against-                                        13-CV-3700 (KMW)

                                                                **ORDER**

NOVARTIS PHARMACEUTICALS CORPORATION,

                              Defendant.

---------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

       By September 2, 2020, the parties shall submit a proposed Scheduling Order and Discovery Plan using the templates found on the Court's website and in conformity with the Court's Individual Rule and Practices and all applicable Federal Rules of Civil Procedure.[1]

       SO ORDERED.

Dated: New York, New York
          August 3, 2020                                    /s/ Kimba M. Wood
                                                                KIMBA M. WOOD
                                                     United States District Judge

---

[1] Fillable PDF versions of the Scheduling Order and Discovery Plan templates are available on the Court's website at http://nysd.uscourts.gov/hon-kimba-m-wood.