USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_2/4/21_____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA; the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON and WISCONSIN; the DISTRICT OF COLUMBIA, THE CITY OF CHICAGO and THE CITY OF NEW YORK; *ex rel.*, STEVEN M. CAMBURN, <br><br>Plaintiff and Relator, <br><br>vs. <br><br>NOVARTIS PHARMACEUTICALS CORPORATION, <br><br>Defendant. | No. 13 Civ. 3700 (KMW) <br><br>**SO ORDERED.** <br><br>**DATED: New York, NY February 4, 2021** <br><br>*/s/ Kimba M. Wood* <br><br>**The Honorable Kimba M. Wood United States District Judge** |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

TO THE CLERK OF THE COURT:

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, Andrew W. Ferich hereby moves for leave of Court to withdraw as counsel for Plaintiffs in the above-captioned matter.  The reason for the motion is that I will no longer be an associate of Chimicles Schwartz Kriner & Donaldson-Smith LLP.  Plaintiffs will continue to be represented by the attorneys whose appearances are on file with the Court.  For this reason, my withdrawal will not prejudice any party or cause any delay in this case.  I am not asserting a retaining or charging lien.

**Granted - KMW**

1

2

Dated: August 14, 2020          /s/ *Andrew W. Ferich*
                                                   Andrew W. Ferich

**SO ORDERED:** _____

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

By:   /s/ *Andrew W. Ferich*
      Andrew W. Ferich