UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA EX REL.            :
STEVEN M. CAMBURN, et al.,
                                            :   <u>ORDER</u>
            Plaintiffs,                         13 Civ. 3700 (KMW) (GWG)
                                            :

    -v.-
                                            :
NOVARTIS PHARMACEUTICALS
CORPORATION,                                :

            Defendant.                      :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The parties shall file a joint letter on or before December 16, 2021 detailing the status of this case and the progress of settlement negotiations.


      SO ORDERED.

Dated: October 7, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge