UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA; the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON and WISCONSIN; the DISTRICT OF COLUMBIA, THE CITY OF CHICAGO and THE CITY OF NEW YORK; *ex rel.*, STEVEN M. CAMBURN, <br><br> Plaintiffs and Relator, <br><br> vs. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant. | **USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 11/29/2021** <br><br><br><br> No. 13 Civ. 3700 (KMW) (GWG) |

**ORDER EXTENDING TIME TO RESPOND TO
THIRD AMENDED COMPLAINT, SETTING A BRIEFING SCHEDULE AND
EXTENDING PAGE LIMITS**

Upon consideration of the parties' joint request for an extension of time for

Defendant's response to the Third Amended Complaint and for a briefing schedule and extension

of page limits for any motion to dismiss filed in response to the Third Amended Complaint, it is

ORDERED AS FOLLOWS:

The request is GRANTED.  Defendant shall respond to the Third Amended

Complaint by January 3, 2022.  The Court establishes the following briefing schedule and page

limits with respect to any motion to dismiss the Third Amended Complaint:

1. Defendant may file a Memorandum of Law in Support of a Motion to Dismiss the Third Amended Complaint that shall not exceed fifty (50) pages (excluding the caption, table of contents, table of authorities and signature block);

2. Within thirty (30) days of Defendant's Motion to Dismiss, Plaintiff-Relator may file a Memorandum of Law in Opposition to Defendant's Motion to Dismiss that shall not exceed fifty (50) pages (excluding the caption, table of contents, table of authorities and signature block);

3. Within fourteen (14) days of Plaintiff-Relator's opposition, Defendant may file a Memorandum of Law in Reply that shall not exceed twenty (20) pages (excluding the caption, table of contents, table of authorities and signature block).

SO ORDERED this __29__ day of ___November___, 2021.

/s/ Kimba M. Wood

The Honorable Kimba M. Wood