# EXHIBIT A

| | |
|---|---|
| **Message** | |
| **From**: | Joe Cikowski [jcikowsk@aol.com] |
| **Sent**: | 2/15/2011 7:54:38 PM |
| **To**: | wayne.lauer@novartis.com; Steve Camburn [scamburn99@yahoo.com] |
| **Subject**: | Fwd: two more Monday switcheds |

FYI

Sent from my iPad

Begin forwarded message:

> **From:** "Bob Sergott" <rcs220@comcast.net>
> **Date:** February 15, 2011 6:12:11 PM EST
> **To:** "Joe Cikowski" <jcikowsk@aol.com>
> **Subject: two more Monday switcheds**
>
> Hi Joe,
>
> Two more patients came in yesterday, both doing well, one on rebif and one on copaxone.
>
> Both made it clear they wanted to switch.
>
> Reggie filed paper work.
>
> Can you say "blockbuster"
>
> Need to catch up before trip to Atlanta as faculty so I know where management head is at.
>
> Best regards,
>
> Bob

CONFIDENTIAL REL_0000001890