UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA; the States of
CALIFORNIA, COLORADO, CONNECTICUT,
DELAWARE, FLORIDA, GEORGIA, HAWAII,
ILLINOIS, INDIANA, IOWA, LOUISIANA,
MASSACHUSETTS, MICHIGAN, MINNESOTA,
MONTANA, NEVADA, NEW JERSEY, NEW
MEXICO, NEW YORK, NORTH CAROLINA,
OKLAHOMA, RHODE ISLAND, TENNESSEE,
TEXAS, VIRGINIA, WASHINGTON and
WISCONSIN, the DISTRICT OF COLUMBIA,
THE CITY OF CHICAGO and THE CITY OF
NEW YORK ex rel. STEVEN M. CAMBURN,

                       Plaintiffs and Relator,

        -against-                               13 **CIVIL** 3700 (KMW)

                                                              **JUDGMENT**

NOVARTIS PHARMACEUTICALS
CORPORATION,

                       Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 13, 2022, Novartis' motion to dismiss pursuant to Rules 12(b)(6) and 9(b) is GRANTED, and the TAC is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       September 14, 2022

                                                  **RUBY J. KRAJICK**

                                                   _____
                                                     **Clerk of Court**

                **BY:**       *K. Mango*

                                                   _____
                                                   **Deputy Clerk**