AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America ex rel. Steven M. Camburn | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:13-cv-03700-KMW-GWG |
| Novartis Pharmaceuticals Corporation | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Novartis Pharmaceuticals Corporation                                                      .

Date:    04/10/2025

/s/ Joseph B. Linfield
*Attorney's signature*

Joseph B. Linfield 6015820
*Printed name and bar number*
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001

*Address*

jlinfield@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*