UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA et al.,

Plaintiffs,

-v.-

NOVARTIS PHARMACEUTICALS CORPORATION

Defendant.

---------------------------------------------------------------x

ORDER

13 Civ. 3700 (KMW) (GWG)

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

In papers docketed as a motion to intervene, the proposed intervenor, proceeding pro se, seeks a single form of relief: to unseal "the Original Filed-Stamped Complaint commencing this action." (Docket # 130 at 1); id. at 2 (plaintiff "requests only that the Court determine whether continued sealing of the Original Filed-Stamped Complaint remains warranted").

The relief sought by the proposed intervenor, however, was granted long ago. In an Order dated May 30, 2018 (Docket # 15), the district judge ordered the original complaint to be unsealed. That unsealing occurred on June 1, 2018, when the original complaint, dated May 31, 2013, was docketed (Docket # 16). The original complaint is thus now publicly available through the ECF system as Docket # 16. In addition, the paper version of the complaint (Docket # 2), which bears a "filed" stamp, is available for public viewing in the Courthouse's Record Room.

Accordingly, the motion to intervene (Docket # 130) is moot.. The Clerk is directed to terminate the motion on the docket sheet.

Dated: New York, New York
July 30, 2026

SO ORDERED:

GABRIEL W. GORENSTEIN
United States Magistrate Judge