UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA et al.,

Plaintiffs,

-v.-

NOVARTIS PHARMACEUTICALS CORPORATION

Defendant.

---------------------------------------------------------------x

ORDER

13 Civ. 3700 (KMW) (GWG)

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

In light of the pro se individual's recent filing (Docket # 142), the relator and defendant have leave to file a letter addressing any new matters raised in that filing or in the reply brief (Docket # 139). The filing of such a letter is not mandatory but any such letter shall be filed on or before October 1, 2026.

SO ORDERED.

Dated: September 24, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge